JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUONGHAI THAI NGUYEN,<br><br>Petitioner,<br><br>v.<br><br>M. POLLARD, Warden,<br><br>Respondent. | Case No. 2:19-cv-10118-MCS-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Fourth Amended Petition is denied and the action is dismissed with prejudice.

DATED: March 18, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE